# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.  4:15CR0393 HEA/NAB |
| ) | |
| **KENNETH HUTCHINGS, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on the Government's Motion for Detention. [Doc. 4] A hearing was held on the motion in which the Government provided a proffer and counsel for Defendant presented argument.

Defendant was indicted on two counts of Possession of Child Pornography on August 19, 2015.  The indictment alleges violations of child pornography statutes from January 2011, through October 2013.  The Government proffered other information relating to criminal conduct of Defendant in 2009, and 2013.  Defendant was not arrested on the conduct alleged in the indictment until September 2015.  With this delay in prosecution it is difficult to find that Defendant is a danger to the community or a flight risk.  If Defendant was a danger or a risk to leave this jurisdiction, the Government would have expedited the prosecution of the case.

   The Government's motion for detention is **DENIED**.  Defendant's bail is set at ten-thousand ($10,000) dollars secured, and the Court will impose all conditions recommended by the Pretrial Services Officer.

               /s/ Thomas C. Mummert, III
               THOMAS C. MUMMERT, III
               UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of September, 2015.