UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:15-0393 HEA |
| Kenneth Hutchings Jr, | ) ) ) |
| Defendant. | ) ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, and hereby moves this Court to file victim "Lighthouse Series" restitution request under Seal.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Colleen C. Lang
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on  December 21, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Colleen C. Lang
COLLEEN C. LANG, 356872MO
Assistant United States Attorney